USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLDENDORFF CARRIERS GMBH & CO. KG,

                Petitioner,

-against-

GLOBAL SMART COMTRADE PTE LTD.,

                Respondent.

24-CV-02926 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On April 18, 2024, Petitioner filed a petition to compel arbitration (the "Petition"). Dkt. No. 1. On April 29, 2024, Petitioner filed an affirmation of service of the Petition and summons on Respondent, which shows that Respondent was served on April 22, 2024. Dkt. No. 8. Accordingly, it is hereby ORDERED that Respondent shall file and serve any opposition to the Petition by **May 17, 2024**. Petitioner's reply, if any, shall be filed and served by **May 24, 2024**.

      In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions may be made only by letter-motion filed on ECF.

      Finally, it is hereby ORDERED that Petitioner shall (1) serve upon Respondent a copy of this Order and the Court's Individual Rules & Practices forthwith; and (2) file proof of such service with the Court by no later than **May 3, 2024**. If unaware of the identity of counsel for Respondent, Petitioner must serve a copy of this Order and the Court's Individual Rules & Practices on Respondent itself.

Dated: April 30, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge